USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Benchmark Investments, Inc.,

                Plaintiff,

–v–

Shiftpixy, Inc.,

                Defendant.

21-cv-01988 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Plaintiff's unopposed request to reopen this case. Because the parties still intend to reach an agreed upon disposition of this matter outside of court, the Court will instead extend the time for the parties to file a motion to reopen the case until August 1, 2021.

    SO ORDERED.

Dated: June 2, 2021
       New York, New York

                                       ALISON J. NATHAN
                                       United States District Judge